ACCEPTED
03-14-00725-CV
3905250
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/26/2015 5:00:22 PM
JEFFREY D. KYLE
CLERK

No. 03-14-00725-CV

In the Third Court of Appeals
Austin, Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/26/2015 5:00:22 PM
JEFFREY D. KYLE
Clerk

**GEORGE GREEN AND GARLAN GREEN,**
*Appellants*

**v.**

**PORT OF CALL HOMEOWNERS ASSOCIATION, ET AL.,**
*Appellee*

**APPEAL FROM CAUSE NO. 18314
33RD JUDICIAL DISTRICT COURT OF LLANO COUNTY, TEXAS
HON. ALLAN GARRETT, PRESIDING**

**SUGGESTION OF DEATH**

TO THE HONORABLE THIRD COURT OF APPEALS:

Pursuant to the Texas Rules of Civil Procedure, counsel for the Appellants hereby notifies Appellees and this Court that the Appellant, Garlan Green, has died.

Respectfully submitted,

Law Office of David Junkin
15401 RR12, Suite 105
P.O. Box 2910

Suggestion of Death – Page 1

Wimberley, TX  78676
512/847-8600
512/847-8604 (fax)
david@junkinlawoffice.com

_____
David Junkin
State Bar No. 11058020

Attorney for Appellants, George and Garlan Green

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this motion was served on January 26, 2015, in the manner indicated below and on the following person(s):

**VIA FACSIMILE OR EFILE**

L. Hayes Fuller, III
Naman, Howell, Smith, & Lee, PLLC
P.O. Box 1470
Waco, TX  76703-1470

**VIA FACSIMILE OR EFILE**

Brantley Ross Pringle, Jr.
Heidi Coughlin
Wright & Greenhill, PC
221 West 6th Street, Suite 1800
Austin, TX  78701

_____
David Junkin